IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TERRICK VORNES**                                                                                       **PLAINTIFF**

v.                            Case. No. 3:14-cv-00140 KGB

**WILLIAM SKAGGS, et al.**                                                                    **DEFENDANTS**

### ORDER

Plaintiff Terrick Vornes filed his complaint on May 29, 2014 (Dkt. No. 1). Since that date, Mr. Vornes has not continued to pursue his claim. Despite being ordered to do so (Dkt. No. 2), Mr. Vornes has not paid the filing fee or submitted a complete *in forma pauperis* application. Mr. Vornes has not filed anything except his original complaint, and the Clerk of Court has been unable to send to Mr. Vornes documents related to his case because he has failed to inform the Clerk of Court of his address (Dkt. No. 3). Accordingly, the Court dismisses without prejudice this lawsuit.

It is therefore ordered that:

1. This case is dismissed without prejudice due to a lack of prosecution.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 2nd day of May, 2016.

_____
Kristine G. Baker
United States District Judge