# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TERRICK VORNES**                                                                                    **PLAINTIFF**

**v.**                       **Case. No. 3:14-cv-00140 KGB**

**WILLIAM SKAGGS, et al.**                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Terrick Vornes's complaint is dismissed without prejudice.

So adjudged this the 2nd day of May, 2016.

_____
Kristine G. Baker
United States District Judge